45 So.2d 297

**M. C. BAILEY v. P. H. McQUEEN.**

4 Div. 546.

Supreme Court of Alabama.
March 23, 1950.

J. O. Sentell, Jr., of Luverne, for appellant.

Lightfoot & Bricken, of Luverne, for appellee.

LAWSON, Justice.

This is an appeal from a final decree of the circuit court of Crenshaw County, in equity, ordering that certain land situate in that county be sold for division of the proceeds among tenants in common.

The decision of this court in the case of Bailey v. McQueen, post, p. 464, 45 So.2d 295, is in all respects controlling here.

The judgment appealed from is affirmed upon the authority of that case.

Affirmed.

BROWN, FOSTER, and STAKELY, JJ., concur.